**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

    Plaintiff,

  v.

SAN FRANCISCO SUPERIOR COURT, et al.,

    Defendants.

No. C 12-03117 WHA

**ORDER TO SHOW CAUSE**

    Pro se plaintiff has brought suit pursuant to 42 U.S.C. 1983 against several defendants, including Judges Patrick Mahoney, Andrew Cheng, and Harold Kahn; Justices William McGuiness, Martin Jenkins, and Stuart Pollak; the San Francisco Superior Court; and the Commission on Judicial Performance.  Plaintiff is hereby **ORDERED TO SHOW CAUSE** by **SEPTEMBER 4, 2012**, why the claims against the above defendants should not be dismissed on grounds of judicial immunity and the Eleventh Amendment.

    **IT IS SO ORDERED.**

Dated: August 21, 2012.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE