IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A MISSUD, | No. C 12-03117 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| SAN FRANCISCO SUPERIOR COURT, et al., | |
| Defendants. | |

Pro se plaintiff has brought suit pursuant to 42 U.S.C. 1983 against several defendants, including Judges Patrick Mahoney, Andrew Cheng, and Harold Kahn; Justices William McGuiness, Martin Jenkins, and Stuart Pollak; the San Francisco Superior Court; and the Commission on Judicial Performance. Plaintiff is hereby **ORDERED TO SHOW CAUSE** by **SEPTEMBER 4, 2012**, why the claims against the above defendants should not be dismissed on grounds of judicial immunity and the Eleventh Amendment.

**IT IS SO ORDERED.**

Dated: August 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE