**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK MISSUD,

    Plaintiff,

  v.

SAN FRANCISCO SUPERIOR COURT, et al.,

    Defendants.

No. C 12-03117 WHA

**ORDER VACATING HEARING AND TO SHOW CAUSE**

Pursuant to Local Rule 7-6, the hearing scheduled for September 6, 2012, is **VACATED**. Plaintiff Patrick Missud is hereby **ORDERED TO SHOW CAUSE** why he should not be declared a vexatious litigant as to all judicial defendants, including judges, courts, and other judicial entities, by **NOON ON SEPTEMBER 20, 2012**.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE