IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MISSUD,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO SUPERIOR COURT, et al.,<br><br>    Defendants.<br>                               / | No. C 12-03117 WHA<br><br>**ORDER VACATING HEARING AND TO SHOW CAUSE** |

Pursuant to Local Rule 7-6, the hearing scheduled for September 6, 2012, is **VACATED**. Plaintiff Patrick Missud is hereby **ORDERED TO SHOW CAUSE** why he should not be declared a vexatious litigant as to all judicial defendants, including judges, courts, and other judicial entities, by **NOON ON SEPTEMBER 20, 2012**.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE