IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MISSUD, | No. C 12-03117 WHA |
| Plaintiff, | |
| v. | **ORDER REVOKING ECF ACCESS** |
| SAN FRANCISCO SUPERIOR COURT, et al., | |
| Defendants. | |

    A prior order declared Patrick Missud a vexatious litigant and dismissed the action with prejudice (Dkt. No. 74). The file was officially closed in September 2012. Since that date, Missud has filed a steady stream of documents on the public docket using the electronic case filing (ECF) system (Dkt. Nos. 76–173). These documents are uniformly related to other litigations in which he is involved and unrelated to the merits this action. They are also often accompanied by misleading descriptions in the ECF system.

    This order finds that Patrick Missud has abused his ECF access privileges. Accordingly, Patrick Missud's ECF filing privileges are hereby **REVOKED**. The Clerk shall terminate Patrick Missud's ECF account. All future filings of any type in any action before this district court shall be made using paper copies, absent further order of the Court.

    Additionally, Patrick Missud must henceforth request leave to file any documents in this action. The request for leave shall be in the form of a précis not to exceed two pages. No

exhibits, indexes, or appendixes may be attached to the request. If the request is not granted within seven days of receipt, the request shall be deemed denied without further action by the Court.

Attorney Missud is forewarned that failure to abide by the terms of this order may result in further sanctions, including monetary sanctions.

**IT IS SO ORDERED.**

Dated: July 22, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2