IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK MISSUD,

    Plaintiff,

  v.

SAN FRANCISCO SUPERIOR COURT, et al.,

    Defendants.

No. C 12-03117 WHA

**ORDER QUASHING SUBPOENAS**

Disbarred attorney Patrick Missud was declared a vexatious litigant in September 2012, limiting his ability to prosecute cases in this court and subjecting his submissions to pre-filing review (Dkt. No. 74). This action has now been closed for 14 months. It has come to the attention of the undersigned judge that Mr. Missud has subpoenaed San Francisco Police Chief Greg Suhr, Judge Joann Remke, and the undersigned judge to appear before the Supreme Court today for stated reasons that can only be described as bizarre. Therefore, these subpoenas are **QUASHED**. They shall have no effect and shall not be issued. Mr. Missud is directed to discontinue efforts to subpoena anyone until pre-filing review is lifted.

**IT IS SO ORDERED.**

Dated: November 15, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE